January 11, 1980.

425 A.2d 17

Commonwealth v. Barchetti, Appellant.

Submitted April 12, 1979. Charles C. Gentile, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.